No. 769, Misc.  SINKO v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 774, Misc.  EX PARTE HOWARD.  Court of Criminal Appeals of Texas.  Certiorari. denied.

No. 700, Misc.  DAVIS v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Petitioner *pro se*.  *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.

No. 26.  UNITED STATES v. MISSISSIPPI VALLEY GENERATING Co., 364 U. S. 520;

No. 575.  KENTUCKY RURAL ELECTRIC COOPERATIVE CORP. v. MOLONEY ELECTRIC Co., *ante,* p. 812;

No. 595.  PRESSER v. UNITED STATES, *ante,* p. 816;

No. 457, Misc.  RAGAN v. MADIGAN, WARDEN, *ante,* p. 819;

No. 487, Misc.  LIPSCOMB v. MADIGAN, WARDEN, *ante,* p. 820;

No. 578, Misc.  LEVINE v. COLGATE-PALMOLIVE Co., *ante,* p. 821; and

No. 640, Misc.  EX PARTE MCMULLEN, *ante,* p. 808.  Petitions for rehearing denied.

No. 551.  GINSBURG v. GINSBURG ET AL., *ante,* p. 826.  Petition for rehearing from order denying motion to remand denied.